IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00124-CV

 

In
the Matter of the Marriage of

Claude
Keith Thomas and Patricia Ann Thomas,

 

 

 

 



From the 378th District
Court

Ellis County, Texas

Trial Court No. 52679CC

 



MEMORANDUM  Opinion



 








The Clerk of this Court
notified the parties that the appellant’s brief was overdue in this cause and
that the appeal may be dismissed if an appropriate response was not filed
within twenty-one days.  No response has been received.  Accordingly, the
appeal is dismissed for want of prosecution.  See Tex. R. App. P. 38.8(a)(1), 42.3.

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Vance, and

Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed November 19, 2008

[CV06]






t>
 
 
 
 
 
 
 


 

 



No. 10-04-00330-CV

 

In re Sue Walston

 

 



Original
Proceeding

 

 



MEMORANDUM Opinion



 

            Relator’s petition for writ of mandamus is
denied.  Relator’s motion for emergency
relief is dismissed as moot.

 

 

                                                                             PER CURIAM

 

 

 

 

Before
Chief Justice Gray

          Justice Vance, and

          Justice Reyna

          (Justice Reyna not participating)

Writ
denied, Motion for Emergency Relief dismissed as moot

Opinion
delivered and filed November 13, 2004

[OT06]